**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Kenneth Lyle SPANGLE, a/k/a Kenny Spangle, Kenneth L. Spangle, Kenton Lee Spangle, Michael Ken Spangle, Kenneth Spangle, Kenton Lee Thompson, Ken Thompson, Michael Anthony Siciliano, Kenton Lee Athompson, Danile Joseph Guzik, Defendant—Appellant.**

No. 04–50311.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Garth E. Hire, Esq., Matthew E. Sloan, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Shakti Murthy, Esq., Santa Monica, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

### MEMORANDUM **

Kenneth Lyle Spangle appeals the sentence imposed following his bench-trial

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

conviction for mailing threatening communications, in violation of 18 U.S.C. § 876(c). We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Booker*, — U.S. —, —, 125 S.Ct. 738, 757, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**